IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRENNAN LANDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>POWER HOME TECHNOLOGIES, LLC, a North Carolina limited liability company,<br><br>*Defendant.* | Case No. 5:21-cv-00341-FL |

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR CLASS CERTIFICATION AND FOR LEAVE TO CONDUCT DISCOVERY**

Pending before the Court is Plaintiff's Motion for Class Certification and for Leave to Conduct Discovery, (DE17). The Court, having reviewed the Motion and finding good cause therein, hereby GRANTS Plaintiff's Motion.

The Court hereby certifies a class defined as follows:

All persons in the United States from four years prior to the filing of this action through the date notice is sent to the Class who (1) received a telemarketing call made by Power Home Technologies or any of Power Home's sub-dealers, vendors, lead generators, or agents either promoting Power Home's goods or services or that could have resulted in the installation of a home security system by Power Home, (2) on the person's telephone, (3) using an artificial or pre-recorded voice, and (4) for whom Defendant claims prior express written consent was obtained in the same manner as Defendant claims prior express written consent was obtained to call the Plaintiff.

Plaintiff shall have one hundred and twenty (120) days from the date of this Order to conduct discovery necessary to: (1) identify class members for purposes of class notice; and (2) calculate class-wide damages.

Plaintiff shall serve a copy of this Order on Defendant within twenty-one (21) days.

1

Unless a motion earlier is filed, Plaintiff shall file report not later than 21 days after the expiration of the discovery period informing of proposed procedures for notice pursuant to Fed. R. Civ. P. 23(c)(2).

IT IS SO ORDERED.

Dated: June 9, 2022

*Louise W. Flanagan*
Louise Wood Flanagan
United States District Judge